UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 OCT 15  AM 9: 11

CLERK

BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 1:15-cr-148 |
| | ) | |
| RONALD RUP, | ) | (18 U.S.C. § 1343) |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

1.    At all times material to this information, the defendant RONALD RUP was employed by Agri-Mark, Inc. as Manager of IT Infrastructure.  RUP typically worked out of Agri-Mark's office in Montpelier, Vermont.

2.    Between 2012 and 2014, Agri-Mark was building a new headquarters building in Waitsfield.  RUP was the employee responsible for purchasing IT network equipment to be used by Agri-Mark in the new facility.

3.    As part of the scheme to defraud, RUP caused Agri-Mark to purchase more than 100 pieces of computer-related equipment which were not needed to support the headquarters building.  Most of this unnecessary equipment consisted of network switches manufactured by Cisco.  Some of these switches cost more than $8500 each.

4.    As part of the scheme to defraud, and unknown to Agri-Mark, RUP removed the unneeded switches from Agri-Mark's inventory and sold

them to a Texas company which specializes in buying and selling new and used IT networking equipment.  The Texas company purchased the switches at a unit price that was approximately one-third the unit cost to Agri-Mark.

5.    As part of the scheme to defraud, RUP had all the proceeds from the sales of the stolen switches deposited into a PayPal account he maintained in his own name.  Between April 2012 and March 2014, the Texas company deposited more than $475,000 into Rup's PayPal account.

6.    Among other things, RUP used the money fraudulently obtained by selling Agri-Mark equipment to purchase snowmobiles, motorcycles, a pick-up truck, a Chevrolet Camaro and jewelry.  He also used proceeds to make improvements to his residence in Fairfax.

7.    As part of the scheme to defraud, RUP regularly used e-mail to communicate with representatives of the Texas company.  The interstate wire communication system was also regularly used to cause electronic transfers of funds into RUP'S PayPal account.

## COUNT 1

8,   On numerous dates between April 2012 and March 2014, in the District of Vermont and elsewhere, the defendant RONALD RUP, having devised the above-described scheme and artifice to defraud Agri-Mark, Inc. and for obtaining money from Agri-Mark, Inc. by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme, sent and caused to be sent e-mail communications and electronic funds deposits between Vermont and Texas:

(18 U.S.C. § 1343)

**FORFEITURE NOTICE**

9.    The allegations of this information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

10.    Upon conviction of the offense in violation of 18 U.S.C. § 1343, the defendant RONALD RUP shall forfeit to the United States, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.   The property to be forfeited includes, but is not limited to, the following:

(a)    United States funds in the amount of $1,000,000..

11.    If any of the property described above, as a result of any act or omission of the defendant:

1)    cannot be located upon the exercise of due diligence;

2)    has been transferred or sold to, or deposited with, a third party;

3)    has been placed beyond the jurisdiction of the court;

4)    has been substantially diminished in value; or

5)    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

(18 U.S.C. § 982(a)(1)(C) & 28 U.S.C. § 2461(c))

*Eric S. Miller*

ERIC S. MILLER (GLW)
United States Attorney

Burlington, Vermont
October 14, 2015

5